# In the United States District Court

# For the District of Colorado

Civil Action No. 19-cv-00752-WJM-SKC

Matthew Hale, J.D.

    Plaintiff,

And Branden Hall Proposed Petitioner-Necessary Party,

v.

Rudy Marques
Amy Kelly
Deborah Payne
James Wiencek
Susan Prose
Andre Matevousian
James Fox
Paul Klein
Christopher Synsvoll
C. Porco
J. Osland
M. Wyche
L. Robinson
D. Humphries
S. Hansen
Federal Bureau of Prisons
    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 3 2019

JEFFREY P. COLWELL
CLERK

Motion to Join Suit Pursuant to Rule 20 of the Federal Rules of Civil Procedure

    I am a correspondent of Matthew Hale in the free world who asserts a right to relief against the defendants arising out of the various violations of Mr. Hale's mail and other constitutional rights that are the subject of this case. Specifically, I wish to protect and vindicate my own First Amendment right to correspond with Mr. Hale without the defendants interfering with, preventing, delaying, or oppressing same. I believe they owe me money damages, for their conduct. I therefore move to join this action at this time.

    Respectfully submitted and dated 28th day of August, 2019,

    *Branden Hall*

    PO Box 1187
    Centerville, UT 84014-5187

## Certificate of Service

    I hereby certify that on August 28, 2019 I served the foregoing document upon counsel for the defendants and upon Mr. Hale by mailing a true and correct copy of it to the following addresses via first class mail, postage prepaid:

Kyle Brenton
Asst. U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202

Matthew Hale #15177-424
U.S. P.Max
P.O. Box 8500
Florence, CO 81226-8500

    I am also, of course, filing this document with the court at the following address:

Office of the Clerk
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

Date: August 28, 2019

Movant Branden Hall

Branden Hall
PO Box 1187
Centerville, UT 84014-5187

SALT LAKE CITY UT 840
28 AUG 2019 PM 3 L

Office of the Clerk
United States District Court
901 19th Street
Denver, CO 80294-3589

80294-250154